UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JIMMIE EARL JONES,

Plaintiff,

v.

JORGE ESTUPIAN, et al.,

Defendants.

Case No. 25-cv-08899-NW

**ORDER OF TRANSFER**

Re: ECF Nos. 2, 3

Plaintiff Jimmie Earl Jones, a pro se prisoner currently housed in Mule Creek State Prison in Amador County, filed the instant civil rights suit against the California Department of Corrections and Rehabilitation and Mule Creek State Prison correctional officers and medical staff. *See* ECF No. 1. Mule Creek State Prison, where the challenged events occurred, is located in the Eastern District of California. *See* 28 U.S.C. § 84(b). Venue is therefore appropriate in that district. 28 U.S.C. § 1391(b)(1), (b)(2).

In the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is **TRANSFERRED** to the United States District Court for the Eastern District of California. The Clerk is requested to transfer the matter, terminate all pending motions, and close the file.

**IT IS SO ORDERED.**

Dated: March 26, 2026

Noël Wise
United States District Judge