UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMIE EARL JONES, III,<br>Plaintiff,<br>v.<br>JORGE ESTUPIAN, *et al.*,<br>Defendants. | Case No. 2:26-cv-1159-JDP (P)<br><br>ORDER |

On April 29, 2026, I dismissed plaintiff's complaint, ECF No. 1, with leave to amend. ECF No. 9. I directed him to file an amended complaint within thirty days. *Id.* When he failed to do so, I entered an order directing him to show cause why this action should not be dismissed for failure to prosecute and to comply with court orders. ECF No. 11. Plaintiff responded to my order on August 4, 2026, and confirmed his intent to proceed with this action. He did not, however, file an amended complaint as directed by my prior order. Additionally, he has not responded to the notice of related cases filed by non-party movants. ECF No. 10.

Accordingly, it is ORDERED that:

1. Within twenty-one days of this order's entry, plaintiff must file an amended complaint that complies with the order at ECF No. 9. Alternatively, he may file a notice of voluntary dismissal.

2. Within twenty-one days of this order's entry, plaintiff must address the motion to consolidate at ECF No. 10. His response to that motion should indicate whether he opposes or supports consolidation and what rationale underlies his position.

3. Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed for failure to prosecute and comply with court orders.

IT IS SO ORDERED.

Dated: August 25, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE