UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JIMMIE EARL JONES, III,

Plaintiff,

v.

JORGE ESTUPIAN, et al.,

Defendants.

Case No. 2:26-cv-1159-DAD-JDP (P)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING COMPLAINT WITHOUT PREJUDICE, AND DECLINING TO RELATE CASES

(Doc. Nos. 11, 14)

Plaintiff, a former state prisoner proceeding *pro se*, filed this civil rights action on October 16, 2025, seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302(c)(17).

On October 13, 2026, the magistrate judge issued findings and recommendations recommending that this action be dismissed without prejudice due to plaintiff's failure to prosecute. (Doc. No. 14.) As the magistrate judge noted in recommending dismissal of this action without prejudice, plaintiff's complaint was dismissed on screening and he was granted leave to file an amended complaint within thirty (30) days and failed to do so. (*Id.* at 2) (citing Doc. No. 13).

Those findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days of service. (*Id.* at 2–3.) No

/////

objections to the findings and recommendations have been filed by plaintiff, nor has plaintiff otherwise communicated with the court, and the time to do so has passed.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and the magistrate judge's analysis.

Accordingly:

1. The findings and recommendations issued October 13, 2026 (Doc. No. 14), are adopted in full;
2. This action is dismissed without prejudice due to plaintiff's failure to prosecute;
3. The court declines to relate this case to 2:25-cv-3231-TLN-ICD (see Doc. No. 11) in light of this dismissal order; and
4. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **November 10, 2026**

Dale A. Drozd
DALE A. DROZD
UNITED STATES DISTRICT JUDGE